**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff, | Case Number: 11-10354 |
| | Honorable: Patrick J. Duggan |
| | Magistrate: Virginia M. Morgan |
| | Claim Number: 1998A11476 |
| Jacqueline E. Johnson,<br>　　　　　　Defendant, | |

| | |
|---|---|
| Holzman Corkery, PLLC<br>Attorneys for Plaintiff<br>Charles J. Holzman (P35625)<br>Tamara Pearson (P56265)<br>28366 Franklin Rd.<br>Southfield, MI 48034<br>(248) 352-4340<br>usa@holzmanlaw.com | Jacqueline E. Johnson<br>In Pro Per Defendant<br>12080 Terry<br>Detroit, Michigan 48227 |

**ORDER FOR ENTRY OF CONSENT JUDGMENT**
**WITH PARTIAL PAYMENT PROVISIONS**

　　Upon the stipulation of Charles J. Holzman, attorney for the United States of America, plaintiff herein,

　　IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Jacqueline E. Johnson, in the principal amount of $3,505.99, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of **$10,240.91** owing as of February 14, 2011.

　　IT IS FURTHER ORDERED that the Defendant, Jacqueline E. Johnson, may satisfy said Judgment by making bi-weekly payments of $50.00 via employer beginning March 14, 2011.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

<div style="margin-left: 2em;">
s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge
</div>

Dated: March 3, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2011, by electronic and/or ordinary mail.

<div style="margin-left: 2em;">
s/Marilyn Orem
Case Manager
</div>