UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

Case Number: 11-10354

Honorable: Patrick J. Duggan

VS.

Claim Number: 1998A11476

Jacqueline E. Johnson,

        Defendant,
_____/
**CHARLES J. HOLZMAN (P35625)**
Attorney for Plaintiff
Holzman Corkery, PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

## ORDER FOR WAGE ASSIGNMENT

At a session of said Court, held in the City of Detroit,
Wayne County Michigan on March 3, 2011
Present: HONORABLE PATRICK J. DUGGAN
U.S. District Court Judge

In accordance with the Stipulation of the parties: It is hereby ordered that City Of Detroit deduct the sum of $50.00 per pay from the wages of said defendant, Jacqueline E. Johnson, social security number: ***-**-7317 and transmit such sum to:

    **US DEPARTMENT OF JUSTICE-NCIF**
    **P.O. BOX 790363**
    **ST. LOUIS, MO 63179-0363**

    **Please include account number 1998A11476**

This wage assignment is to remain in effect until the balance of **$10,240.91 plus accruing interest** is satisfied.  The office of Holzman Corkery, PLLC., Attorney for United States of America will notify City Of Detroit when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon City Of Detroit Payroll Department.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: March 3, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager